HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKKI STIVERS,<br><br>      Plaintiff,<br><br> v.<br><br>THE CITY OF FEDERAL WAY and THE FEDERAL WAY POLICE DEPARTMENT and KING COUNTY and THE KING COUNTY JAIL,<br><br>      Defendants. | NO. CV 04-2466C<br><br>STIPULATION AND ORDER RESETTING TRIAL DATE |

### *STIPULATION*

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, through their respective counsel of record that the trial of the above-entitled matter currently scheduled for October 23, 2006 shall be continued to May 21, 2007, subject to the approval of this court. The parties are requesting this continuance based upon the fact that counsel for Federal Way defendants has three

STIPULATION AND ORDER RESETTING
TRIAL DATE - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVE. N, SUITE 206
SEATTLE, WA 98109
206-957-9669

other trials scheduled on October 16, 24 and 25.

/ / /

/ / /

DATED this ____ day of July, 2006.

                            CHRISTIE LAW GROUP, PLLC


                            By ___/s/ Robert L. Christie_____

                            ROBERT L. CHRISTIE, WSBA #10895
                            JASON M. ROSEN, WSBA #26550
                            Attorneys for Federal Way Defendants
                            2100 Westlake Avenue North
                            Seattle, WA  98109
                            Phone:   (206)-957-9669
                            FAX:(206)-352-7875
                            Email: bob@christielawgroup.com
                                        jason@christielawgroup.com


                            CITY OF FEDERAL WAY
                            Office of the City Attorney

                            By ___/s/ Jennifer Snell_____

                            JENNIFER SNELL, WSBA #34989
                            Attorney for Federal Way Defendants
                            P.O. Box 9718
                            Federal Way, WA  98063-9718
                            Phone: (253) 835-2563
                            FAX:              (253)-835-2569
                            Email: jenni.snell@cityoffederalway.com

STIPULATION AND ORDER RESETTING
TRIAL DATE - 2

1           KING COUNTY PROSECUTING ATTORNEY

2           By ___/s/ John F. McHale_____
            JOHN F. McHALE, WSBA #20536

3              Attorney for King County Defendants

4             Civil Division
            900 King County Administration Building

5             500 Fourth Avenue

6             Seattle, WA  98104
            Phone:   (206)-296-8820  Direct: 296-8817

7             FAX:   (206)-296-8819

8             Email:  john.mchale@metrokc.gov
            PETER MOOTE LAW FIRM

9

10          By ___/s/ Peter Moote

11            PETER MOOTE, WSBA #6098

12             Attorney for Plaintiff
           P.O. Box 625

13            Freeland, WA  98249
           Phone:      360-331-4961

14            Seattle office:  206-447-1615
             Fax:       360-331-7755

15              Email:  moote@petermoote.com

22 STIPULATION AND ORDER RESETTING TRIAL DATE - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVE. N, SUITE 206
SEATTLE, WA 98109
206-957-9669

# *O R D E R*

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the trial of above-entitled matter is reset to May 21, 2007.

DONE IN OPEN COURT this 25th day of July, 2006.

_____
JOHN C. COUGHENOUR
U.S. District Court Judge

Presented By:

CHRISTIE LAW GROUP PLLC

By \_\_\_/s/ Robert L. Christie _____
   ROBERT L. CHRISTIE, WSBA #10895
   THOMAS P. MILLER, WSBA #34473
   Attorneys for Defendant

Approved for Entry, Copy Received;
and Notice of Presentation Waived:

CITY OF FEDERAL WAY
Office of the City Attorney

STIPULATION AND ORDER RESETTING
TRIAL DATE - 4

**Christie Law Group, PLLC**
2100 Westlake Ave. N, Suite 206
Seattle, WA 98109
206-957-9669

By ___/s/ Jenni Snell_____
    JENNI SNELL, WSBA #34989
     Attorney for Federal Way Defendants

KING COUNTY PROSECUTING ATTORNEY


By ___/s/ John F. McHale_____
    JOHN F. McHALE, WSBA #20536
 Attorney for King County Defendant s


PETER MOOTE LAW FIRM


By ___/s/ Peter Moote_____
    PETER MOOTE, WSBA #6098
    Attorney for Plaintiff

STIPULATION AND ORDER RESETTING
TRIAL DATE - 5

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVE. N, SUITE 206
SEATTLE, WA 98109
206-957-9669