THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKKI STIVERS,<br><br>               Plaintiffs,<br><br>  v.<br><br>THE CITY OF FEDERAL WAY and THE FEDERAL WAY POLICE DEPARTMENT and KING COUNTY and THE KING COUNTY JAIL,<br><br>               Defendants. | NO. CV 04-2466C<br><br>STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF |

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, through their respective counsel of record, that the discovery cut-off in the above-referenced matter may be extended to July 28, 2006.

DATED this 21 day of July, 2006.

                         CHRISTIE LAW GROUP, PLLC

STIPULATION AND ORDER EXTENDING
DISCOVERY CUTOFF - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

|   |   |
|---|---|
| 1 | By ___/s/ Robert L. Christie |
| 2 | ROBERT L. CHRISTIE, WSBA #10895<br>THOMAS P. MILLER, WSBA #34473 |
| 3 | Attorneys for City of Federal Way and Federal |
| 4 | Way Police Department<br>PETER MOOTE LAW FIRM |
| 5 | |
|   | By _____/s/ Peter Moote _____ |
| 6 | PETER MOOTE, WSBA #6098<br>Attorney for Plaintiff |
| 7 | |
| 8 | KING COUNTY PROSECUTING ATTORNEY |
| 9 | By _____/s/ John F. McHale |
| 10 | JOHN F. MCHALE, WSBA #20536<br>Deputy Prosecuting Attorney |
| 11 | Attorney for King County and King County Jail |
| 12 | |
|   | CITY OF FEDERAL WAY |
| 13 | Office of the City Attorney |
| 14 | By _____/s/ Jennifer Snell |
| 15 | JENNI FER SNELL, WSBA #34989<br>Attorney for Federal Way |
| 16 | Defendants |
| 17 | |
| 18 | **O R D E R** |
| 19 | Based upon the foregoing Stipulation, |
| 20 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the discovery |
| 21 | |
| 22 | STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF – 2 |

**Christie Law Group, PLLC**
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
206-957-9669

cut-off in the above-referenced matter is extended until July 28, 2006.

    DONE IN OPEN COURT this 25th day of July, 2006.

_____
JOHN C. COUGHENOUR
U.S. District Court Judge

Presented By:

CHRISTIE LAW GROUP PLLC

By _____/s/ Robert L. Christie_____
    ROBERT L. CHRISTIE, WSBA #10895
    THOMAS P. MILLER, WSBA #26550
    Attorneys for City of Federal Way and Federal
    Way Police Department

Approved for Entry, Copy Received;
and Notice of Presentation Waived:

PETER MOOTE LAW FIRM

By _____/s/ Peter Moote_____
    PETER MOOTE, WSBA #6098
    Attorney for Plaintiff

KING COUNTY PROSECUTING ATTORNEY

STIPULATION AND ORDER EXTENDING
DISCOVERY CUTOFF - 3

**Christie Law Group, PLLC**
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
206-957-9669

By _____/s/ John F. McHale_____
    JOHN F. MCHALE, WSBA #20536
    Deputy Prosecuting Attorney
    Attorney for King County and King County Jail

CITY OF FEDERAL WAY
Office of the City Attorney

By _____/s/ Jennifer Snell_____
JENNI FER SNELL, WSBA #34989
Attorney for Federal Way Defendants

STIPULATION AND ORDER EXTENDING
DISCOVERY CUTOFF – 4

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669